IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

USA TRUCK, INC.                                                                               PLAINTIFF

v.                                          Case No. 2:12-CV-02046

GREAT AMERICAN INSURANCE
COMPANY and GREAT AMERICAN
ASSURANCE COMPANY                                                          DEFENDANTS

## O R D E R

Currently before the Court is a Joint Motion to Stay (Doc. 8). The parties request that the current proceedings be stayed pending maturation of a related, wrongful-death tort case currently pending in Sebastian County Circuit Court, Case No. (Fort Smith District) CV-2011-1053 (VI). The Court, having reviewed the Motion, finds that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion to Stay (Doc. 8) is hereby GRANTED.

IT IS FURTHER ORDERED that this case be ADMINISTRATIVELY STAYED.

IT IS FURTHER ORDERED that, **on or before September 21, 2012**,  the parties shall jointly file a report with the Court, advising the Court as to the status of the related case as it affects the parties' desire and ability to proceed in the instant matter. The Court will re-evaluate, at that time, whether the instant matter should be administratively terminated pending resolution of the related case.

IT IS FURTHER ORDERED that, as a result of the stay, the deadlines set forth in the Amended Initial Scheduling Order (doc. 7) are hereby SUSPENDED. If and when the parties inform the Court that they wish to proceed in this case, the Court will issue a second amended initial scheduling order at that time.

IT IS SO ORDERED this 22nd day of June, 2012.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE